UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:23-CR-66-1M

| | | |
|---|---|---|
| **United States of America** | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| **Germel Andre Vereen** | ) | |
| | ) | |

On December 9, 2008, Germel Andre Vereen appeared before the Honorable James A. Beaty, Jr., United States District Judge in the Middle District of North Carolina, and upon an earlier plea of guilty to Possession of a Firearm in Furtherance of Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) was sentenced to the custody of the Bureau of Prisons for a term of 60 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Germel Andre Vereen was released from custody and the term of supervised release commenced on July 31, 2018, following state incarceration. On March 7, 2023, a Jurisdiction was transferred to the Eastern District of North Carolina, and the case was reassigned to Your Honor.

From evidence presented at the revocation hearing on August 21, 2026, the court finds as a fact that Germel Andre Vereen, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 22 months, with no supervision to follow.

**IT IS FURTHER ORDERED** that the imprisonment term shall run consecutive to the sentence imposed in 5:23-CR-3-1M.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED this 27th day of August, 2026.

Richard E. Myers II

Richard E. Myers II
Chief United States District Judge